**FILED**
6/13/2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

**CAT 2 RANDOM**  **23CV3747**

Case Title: _____  Case Number: _____

An appearance is hereby filed by the undersigned as a pro se litigant:

**JUDGE ROWLAND**
**MAGISTRATE JUDGE CUMMINGS**

Name: Shukeitha Jackson

Street Address: 523 Helmholz Ave,

City/State/Zip: Waukegan IL. 60085

Phone Number: (224)469-5302

Signature: [signed]         Executed on (date): 6/9/2023

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

E-Mail Address (Please PRINT legibly.)

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]