Group Exhibit A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br># 19W0910.06 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2019CF0386 |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.)<br>Shukeitha Jackson | | TELEPHONE NUMBER (include area code)<br>(224) 469-5302 | |
|---|---|---|---|
| STREET ADDRESS<br>523 Helmholz Avenue | CITY, STATE AND ZIP CODE<br>Waukegan, Illinois 60085 | DATE OF BIRTH | |
| | | MM / DD / YYYY | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>AbbVie | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area<br>(847) 932-7900 |
|---|---|---|
| STREET ADDRESS<br>1 N. Waukegan Road | CITY, STATE AND ZIP CODE<br>North Chicago, Illinois 60064 | COUNTY<br>Lake |

| CAUSE OF DISCRIMINATION BASED ON:<br>Race   Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>5/1/18   7/31/18<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:


### S E E   A T T A C H E D


Page 1 of 3                                                                                                    MFP

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _18_ DAY OF _September, 2018_

X _[signature]_
NOTARY SIGNATURE

X _[signature]_                                     9-18-18
SIGNATURE OF COMPLAINANT                DATE

PATRICIA ALMARAZ
Official Seal
Notary Public ~ State of Illinois
My Commission Expires Sep 18, 2021

NOTARY STAMP

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: 2019C386
Complainant: Shukeitha Jackson
Page 2 of 3

I.     A.     **ISSUE/BASIS**
HARASSMENT – MAY 2018 THROUGH JULY 31, 2018, BECAUSE OF MY RACE, BLACK

       B.     **PRIMA FACIE ALLEGATIONS**
1. My race is black.

2. My work performance as an administrator met Respondent's expectations. I was hired by Collabera, Inc. in February 2018, and assigned to work at Respondent.

3. From May 2018 through July 31, 2018, I was harassed by Cristina Slamski (non-black), a staff member of Respondent. She followed me both at work and outside. She gained access to my cell phone and was listening to my calls.

4. Similarly situated non-black employees were treated more favorably.

II.     A.     **ISSUE/BASIS**
DISCHARGE – JULY 31, 2018, BECAUSE OF MY RACE, BLACK

       B.     **PRIMA FACIE ALLEGATIONS**
1. My race is black.

2. My work performance as an administrator met Respondent's expectations. I was hired by Collabera, Inc. in February 2018, and assigned to work at Respondent.

3. On July 31, 2018, I was discharged by Michael Scott (non-black), Manager. The reason given was because it was not working out.

4. Similarly situated non-black employees whose job performance was comparable to mine were not discharged.

III.     A.     **ISSUE/BASIS**
DISCHARGE – JULY 31, 2018, IN RETALIATION FOR COMPLAINING ABOUT DISCRIMINATION

       B.     **PRIMA FACIE ALLEGATIONS**
1. On May 1, 2018, I engaged in a protected activity when I complained about being discriminated.

2. On July 31, 2018, I was discharged by Michael Scott, Manager. The reason given was because it was not working out.

3. The negative employment action followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br># 19M0808.05 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2019CF3213 |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | | TELEPHONE NUMBER (include area code) | |
|---|---|---|---|
| Shukeitha Jackson | | (847) 281-6706 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH | |
| 523 Helmolz Ave. | Waukegan, Illinois 60085 | MM / DD / YYYY | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area) | |
|---|---|---|---|
| Abbvie, Inc. | | (847) 935-1299 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY | |
| 1 N. Waukegan Rd. | North Chicago, Illinois 60064 | Lake | |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Race   Retaliation | February 28, 2018, - July 31, 2018,<br>☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

Dept. of Human Rights
JUN 29 2020
RECEIVED
By: /a

**S E E   A T T A C H E D**

Page 1 of 4                                                                                                                    MTS

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 22 DAY OF June , 2020

X _____
NOTARY SIGNATURE

"OFFICIAL SEAL"
ALEJANDRA ALFARO
Notary Public, State of Illinois
My Commission Expires Oct. 17, 2021

Lake County IL
NOTARY STAMP

X _Shukeitha Jackson_ 6/22/20
SIGNATURE OF COMPLAINANT     DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: 2019CF3213
Complainant: Shukeitha Jackson
Page 2 of 4

I.  A.  **ISSUES/BASIS**

   HARASSMENT – FEBRUARY 28, 2018, THROUGH JULY 31, 2018, BASED ON MY RACE, BLACK.

   B.  **PRIMA FACIE ALLEGATIONS**

   1. My race is black.

   2. My performance as Administrative Assistant met Respondent's legitimate expectations. Respondent hired me on February 27, 2018.

   3. Beginning on February 28, 2018, and continuing through July 31, 2018, I was harassed in Respondent's workplace by Cristina Slomski (non-black) Administrative Assistant, in that:

      a. On or about February 28, 2018, Slomski demanded a copy of my employment file because she believed I was not qualified for my position;
      b. Every week Slomski improperly obtained copies of my time sheets and then claimed I was being paid to do nothing;
      c. Slomski followed me around and stalked me when I was at Respondent;
      d. Slomski went through my purse, and discussed the contents with my coworkers;
      e. In May 2018, Slomski used racial slurs such as "hood rat" to refer to me;
      f. In May 2018, Slomski began stalking me outside of work;
      g. Slomski improperly obtained remote access to my company issued laptop computer and email accounts, then actively discussed my computer activities with coworkers;
      h. On June 27, 2018, I discovered that Slomski had obtained covert access to my personal cellular telephone, and discussed my private conversations with coworkers; and
      i. On July 31, 2018, Slomski threatened me by walking past my desk while igniting an electric stun gun.

   4. The conduct created a hostile intimidating and offensive work environment that substantially interfered with my ability to perform the essential functions of my job.



Charge Number: 2019CF3213
Complainant: Shukeitha Jackson
Page 3 of 4

II.   A.   ISSUES/BASIS

HARASSMENT – MAY 2018, IN RETALIATION FOR MAKING AN INTERNAL COMPLAINT OF RACIAL DISCRIMINATION.

B.   PRIMA FACIE ALLEGATIONS

1.   In early May 2018, I reported to Michael Scott (non-black) Director of Global Policy Compliance, that Cristina Slomski (non-black) Administrative Assistant, was harassing me based on may race.

2.   After May 2018, Slomski's harassment intensified and continued through July 31, 2018, in that:

   a. Slomski used racial slurs and referenced my complaint stating that she thought I was going to act like a "hood rat" instead of making a professional complaint;
   b. In May 2018, Slomski began stalking me outside of work;
   c. Slomski improperly obtained remote access to my company issued laptop computer and email accounts, then actively discussed my computer activities with coworkers;
   d. On June 27, 2018, I discovered that Slomski had obtained covert access to my personal cellular telephone, and discussed my private conversations with coworkers; and
   e. On July 31, 2018, Slomski threatened me by walking past my desk while igniting an electric stun gun.

3.   The conduct created a hostile intimidating and offensive work environment that substantially interfered with my ability to perform the essential functions of my job and it followed my participation in a protected activity within such a time frame as to raise an inference of retaliatory motivation.

III.   A.   ISSUES/BASIS

DISCHARGE –JULY 31, 2018, BASED ON MY RACE, BLACK.

B.   PRIMA FACIE ALLEGATIONS

1.   My race is black.

2.   My performance as Administrative Assistant met Respondent's legitimate expectations.



Charge Number: 2019CF3213
Complainant: Shukeitha Jackson
Page 4 of 4

    3. On July 31, 2018, Gerard Sison (non-black) Employee Relations Manager discharged me due to my conflict with Cristina Slomski (non-black) Administrative Assistant.

    4. Respondent did not discharge similarly situated non-black employee such as Slomski, under similar circumstances.

IV.   A.   ISSUES/BASIS

    DISCHARGE –JULY 31, 2018, IN RETALIATION FOR MAKING AN INTERNAL COMPLAINT OF RACIAL DISCRIMINATION.

  B.   PRIMA FACIE ALLEGATIONS

    1. In early ~~May 2018,~~ 4/27/18 I reported to Michael Scott (non-black) Director of Global Policy Compliance, that Cristina Slomski (non-black) Administrative Assistant was harassing me based on may race.

    2. On July 31, 2018, Gerard Sison (non-black) Employee Relations Manager discharged me due to my conflict with Cristina Slomski (non-black) Administrative Assistant.

    3. Respondent's adverse action followed my participation in a protected activity within such a time frame as to raise an inference of retaliatory motivation.