# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



FILED
12/26/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

E.C

| | |
|---|---|
| Shukeitha Jackson ) | **Case Number:** 23-CV-3747 |
| Plaintiff ) | |
| ) | **Judge:** Rowland |
| v. ) | |
| AbbVie ) | **Magistrate Judge:** Cummings |
| Defendant ) | |

Attached is a Motion For Attorney Representation

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Shukeitha Jackson

Plaintiff(s)

v.

AbbVie

Defendant(s

Case Number: 23-CV-3747

Judge: Rowland

## MOTION FOR ATTORNEY REPRESENTATION
**(NOTE: Failure to complete all items may result in the denial of this motion.)**

1. I, <u>Shukeitha Jackson</u>, declare that I am the (check appropriate box) ■ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**
Jolianne Alexander, Mason Cole, Dean Barakat, Douglas Harper, Steven Molitor, Julie Herrera, Mullins Law Firm, Marcus Turner, Marcee Williams, Joanna Germann, Nanye Uche, Uche Law Firm,

   but I have been unable to find an attorney because:
   The contacted lawyers weren't able to take on my case due to lack of time. Some were too costly. I do not have the money for a lawyer neither the time to find one.

3. I declare that (check all that apply):
   *(Now:)*
   [✔] I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   [ ] I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   [✔] I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   [ ] I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

- [✔] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

- [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. [✔] I declare that my highest level of education is (check one):

   - [ ] Grammar school
   - [ ] Some high school
   - [■] High school graduate
   - [■] Some college
   - [ ] College graduate
   - [ ] Post-graduate

6. [ ] I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. [ ] I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. [✔] I declare under penalty of perjury that the foregoing is true and correct.

_____    523 Helmholz Ave._____
Signature of Movant                 Street Address

12/21/2023_____    Waukegan, IL. 60085_____
Date                                City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016